Commonwealth *v.* Monroe, Appellant.

Submitted June 12, 1974. *Daniel M. Rendine,* for appellant; *David Richman, Douglas B. Richardson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Ab-*

*raham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.